IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| SHARLENE ADAMS, | ) CASE NO. 19-05699 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## NOTICE OF MOTION

**The following parties have been served via electronic mail:**
See attached service list.

**The following party(s) have been served via regular US mail:**
See attached service list.

I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 219 S. Dearborn Street, Chicago, Illinois, and in the following courtroom (or any other place posted), and present the Motion to Substitute Attorney, at which time and place you may appear:

| | |
|---|---|
| JUDGE: | BARNES |
| ROOM: | 744 |
| DATE: | January 16, 2020 |
| TIME: | 9:30 AM |

/s/    David M. Siegel
David M. Siegel, A.R.D.C. #6207611

## PROOF OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, if service by mail was indicated above, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, before 5:00 p.m. on December 16, 2019 with proper postage prepaid, unless a copy was provided electronically by the Bankruptcy Court.

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611

David M. Siegel, ARDC #6207611
DAVID M. SIEGEL & ASSOCIATES, LLC
Attorney For Debtor
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

**The following parties have been served via electronic mail:**
US Trustee: USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com

**The following party(s) have been served via regular US mail:**

Sharlene Adams
8816 S. Talman Ave.
Evergreen Park, IL  60805

Brian Deshur/David Freydin
Law Offices of David Freydin Ltd
8707 Skokie Blvd., Ste. 305
Skokie, IL  60077

City of Chicago, Dept. of Finance
Arnold Scott Harris
111 W. Jackson, Ste. 600
Chicago, IL  60604-3517

Barclays Bank Delaware
100 W. West St.
Wilmington, DE  19801

Capital One
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT  84130-0285

Cerastes, LLC
c/o Weinstein, Pinson & Riley
2001 Western Ave., Ste. 400
Seattle, WA  98121

Chase Auto Finance
National Bankruptcy Dept.
201 N. Central Ave., MS AZ1-1191
Phoenix, AZ  85004

City of Chicago
121 N. LaSalle St., Rm. 107
Chicago, IL  60602

Comet Funding/Loans
Tonto Apache Reservation #30
Payson, AZ  85541

Devry University
1200 East Diehl Rd.
Naperville, IL 60563

Dept. of Education/Navient
Attn: Claims Dept.
P.O. Box 9635
Wilkes Barr, PA 18773

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104

First Svgs BK/Blaze
P.O. Box 5096
Sioux Falls, SD 57117-5096

IRS
P.O. Box 7346
Philadelphia, PA 19101

Illinois Dept. of Revenue
P.O. Box 19035
Springfield, IL 62794

JLD Properties
2651 W. 65th St.
Chicago, IL 60629

JP Morgan Chase
National Bankruptcy Dept.
P.O. Box 29505 AZ1-1191
Phoenix, AZ 85038

JP Morgan Chase
c/o Manley Deas Kochalski
P.O. Box 165028
Columbus, OH 43216

Linebarger Goggan Blair & Sampson
P.O. Box 06152
Chicago, IL 60606

NCC Nationwide
c/o Evergreen Bank Corp.
P.O. Box 3219
Hinsdale, IL 60522

Porania
P.O. Box 11405
Memphis, TN 38111

Portfolio Recovery
P.o. Box 41067
Norfolk, VA 23541

Quantum3 Group
GPCC I
P.O. Box 788
Kirkland, WA 98083

Scolopax
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA 98121

Synchrony Bank/JC Penneys
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896

US Attorneys Office
219 S. Dearborn, 5th floor
Chicago, IL 60604

US Dept. of Education
Attn: Bankruptcy
P.O. Box 16448
St. Paul, MN 55116

Village of Evergreen Park
P.o. Box 6723
Carol Stream, IL 60197

Village of Oak Lawn
P.O. Box 6181
Carol Stream, IL 60197

National Credit Adjusters
P.O. Box 3023
Hutchinson, KS 67504

National Credit Adjusters
Dept. 835, P.O. Box 4115
Concord, CA 94524

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| SHARLENE ADAMS, | ) CASE NO. 19-05699 |
| | ) JUDGE BARNES |
| DEBTOR(S) | ) |

## MOTION FOR SUBSTITUTION OF ATTORNEY

NOW COMES the Debtor, SHARLENE ADAMS, by and through her attorney, DAVID M. SIEGEL AND ASSOCIATES, LLC, and in support of her Motion, states as follows:

1. That Sharlene Adams is the Debtor for the above captioned Chapter 13 bankruptcy case.

2. That said case was filed on March 4, 2019 with Marilyn O. Marshall appointed as Trustee.

3. That Debtor's attorney at the time of filing were Brian P. Deshur and David Freydin of Law Offices of David Freydin, Ltd.

4. That Debtor has terminated the services of Brian P. Deshur and David Freydin of Law Offices of David Freydin, Ltd. on or about December 13, 2019. (See attached Exhibit A)

5. That the Debtor wishes to be represented by David M. Siegel of David M. Siegel and Associates, LLC for the remainder of her case.

WHEREFORE, Debtor respectfully requests that this honorable court grant Debtor's Motion to substitute attorney David M. Siegel of David M. Siegel and Associates, LLC for her prior counsel, Brian P. Deshur and David Freydin of Law Offices of David Freydin, Ltd.

Respectfully Submitted,

/s/ David M. Siegel
David M. Siegel, A.R.D.C. #6207611
Attorney for the Debtor(s)

David M. Siegel, ARDC #6207611
Attorney For Debtor
DAVID M. SIEGEL AND ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com

# EXHIBIT A

I Sharlene Adams no longer wish David Freidin Ltd to represent me in my Chapter 13 bancrucy

I am hiring David Siegel and Ass. to represent me.

Sincerely

Sharlene Adams